### John T. Lester v. The People of the State of Illinois.

1. APPELLATE COURT PRACTICE—*Cases Held Pending Decisions of the Supreme Court.*—Where a case is held pending a decision of the Supreme Court, involving the same questions, judgment will be entered as of the date the case was submitted.

**Memorandum.**—Appeal from the Superior Court of Cook County; the Hon. HENRY M. SHEPARD, Judge, presiding. Heard in this court at the October term, 1889. Opinion filed July 5, 1894.

The opinion states the case.

JOHN S. COOK and JOHN N. JEWETT, attorneys for appellant.

THOMAS J. SUTHERLAND, attorney for appellees.

MR. JUSTICE GARY DELIVERED THE OPINION OF THE COURT.

This case was submitted to this court for decision on the 17th day of January, 1890. Since then the appellant has died. My then colleagues have resigned the judicial office, but the court remains.

The decision has been withheld awaiting the action of the Supreme Court in another case of the same title, and in all substantial respects the same in principle as this.

That case being now finally determined in favor of the appellant there, the judgment in this case is reversed.

The judgment will be entered as of the date the case was submitted. Frazier v. Caruthers, 44 Ill. App. 61.